RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Maurillo Serrano-Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:18-CR-00068-DAD-BAM |
|---|---|
| *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3); [~~PROPOSED~~] ORDER |
| MAURILLO SERRANO-CARDENAS, et al., | |
| *Defendant.* | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant MAURILLO SERRANO-CARDENAS ("Mr. Serrano") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Serrano hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Serrano request that the Court allow his interest to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Serrano agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Serrano of the requirement of his personal presence.

DATED: 5/1/18                      */s/ Maurillo Serrano-Cardenas*
MAURILLO SERRANO-CARDENAS
Defendant
*Original signature retained by*
*attorney Richard M. Oberto*

DATED: 5/8/18                      */s/ Richard M. Oberto*
RICHARD M. OBERTO
Attorney for Defendant,
Maurillo Serrano-Cardenas
*Original signature retained by*
*attorney Richard M. Oberto*

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the personal presence of Defendant MAURILLO SERRANO-CARDENAS is not required for proceeding that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated: **May 10, 2018**                      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE