RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Maurillo Serrano-Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>MAURILLO SERRANO-CARDENAS<br>   et al.,<br><br>*Defendant.* | No. 1: 18-cr-00068<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING IN THE CASE OF THE DEFENDANT MAURILLO SERRANO-CARDENAS; ORDER** |

Based on the previous stipulation of the prosecution and the defendant MAURILLO SERRANO-CARDENAS ("Mr. Serrano-Cardenas"), the magistrate judge on March 16, 2022, scheduled Mr. Serrano-Cardenas' case for a change of plea hearing. (Dkt No. 48.) That hearing scheduled for April 18, 2022, was intended to precede the trial confirmation hearing of the co-defendant RAMON MAGANA ("Mr. Magana"). On March 21, 2022, the District Judge vacated Mr. Magana's trial and scheduled Mr. Magana's case instead for hearing on a motion to suppress evidence on June 6, 2022. (Dkt. No. 50.) Based on the usual time-frame for speedy trial, Mr. Magana's trial will not occur until at the earliest, a couple months after June 6, 2022. Mr. Serrano-Cardenas wishes to continue his change of plea hearing and exclude time accordingly, and the prosecution has no objection. The stipulation proposed order below follow.

**STIPULATION**

Counsel for the prosecution and Mr. Serrano-Cardenas hereby stipulate that the ends of justice under 18 U.S.C. § 3161(h)(7)(A), B(iv), justify a continuance of Mr. Serrano-

Cardenas' change of plea hearing from the currently scheduled date of April 18, 2022, to the new date of July 25, 2022. The parties stipulate that under the Speedy Trial Act and 18 U.S.C. § 3161(h)(7)(A), B(iv), time should be excluded up until the new hearing date of July 25, 2022. The currently scheduled April 18 th hearing date should be vacated.

    The ends of justice served by the granting of said continuance and exclusion of time are as follows: (i) Counsel for Mr. Serrano-Cardenas wants additional time to consult with Mr. Serrano-Cardenas and discuss the potential resolution of his case; (ii) counsel for Mr. Serrano-Cardenas believes that failure to grant the above-requested continuance would deny Mr. Serrano-Cardenas the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iii) the prosecution does not object to the continuance. Accordingly, the ends of justice served by continuing the case as stipulated outweigh the interest of the public and Mr. Serrano-Cardenas in a trial within the current date prescribed by the Speedy Trial Act.

    IT IS SO STIPULATED.

Dated: 4/6/2022       */s/ Richard M. Oberto*
RICHARD M. OBERTO
Attorney for Defendant,
Maurillo Serrano-Cardenas

Dated: 4/6/2022       */s/ Jessica Massey*
JESSICA MASSEY
Assistant United States Attorney

2

**ORDER**

IT IS SO ORDERED that as to the defendant MAURILLO SERRANO-CARDENAS, the change of plea hearing set for April 18, 2022 is VACATED and a new change of plea hearing is set for July 25, 2022, at 9:00 a.m. before District Judge Dale A. Drozd. Time is excluded as to Mr. Serrano-Cardenas under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 8, 2022**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

3