RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Maurillo Serrano-Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-cr-00068 DAD |
|---|---|
| *Plaintiff,* | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING IN THE CASE OF THE DEFENDANT MAURILLO SERRANO-CARDENAS; ORDER** |
| vs. | |
| MAURILLO SERRANO-CARDENAS et al., | |
| *Defendant.* | |

Based on a previous stipulation, the court ordered that the change of plea hearing of the defendant MAURILLO SERRANO-CARDENAS ("Mr. Serrano-Cardenas") be continued to follow approximately one month after the scheduled hearing on a suppression motion by the co-defendant. Dkt. No. 52. After that, the co-defendant and prosecutor stipulated to continue the hearing on the suppression motion and the court ordered the continuance. Dkt. No. 57. The current date for the co-defendant's motion hearing is August 22, 2022. Id. Mr. Serrano-Cardenas wishes to continue and exclude time so that his change of plea hearing follows approximately one month after the co-defendant's motion hearing. The prosecution has no objection. A stipulation and proposed order follow below.

**STIPULATION**

Counsel for the prosecution and Mr. Serrano-Cardenas hereby stipulate that the ends of justice under 18 U.S.C. § 3161(h)(7)(A), B(iv), justify a continuance of Mr. Serrano Cardenas' change of plea hearing from the currently scheduled date of July 25, 2022, to the new date of

1  September 26, 2022. The parties stipulate that under the Speedy Trial Act and 18 U.S.C. §
2  3161(h)(7)(A), B(iv), time should be excluded up until the new hearing date of September 26,
3  2022. The currently scheduled July 25th hearing date should be vacated.

4      The ends of justice served by the granting of said continuance and exclusion of time are
5  as follows: (i) Counsel for Mr. Serrano-Cardenas wants additional time to consult with Mr.
6  Serrano-Cardenas and discuss the potential resolution of his case; (ii) counsel for Mr. Serrano-
7  Cardenas believes that failure to grant the above-requested continuance would deny Mr. Serrano-
8  Cardenas the reasonable time necessary for effective preparation, taking into account the exercise
9  of due diligence; and (iii) the prosecution does not object to the continuance. Accordingly, the
10 ends of justice served by continuing the case as stipulated outweigh the interest of the public and
11 Mr. Serrano-Cardenas in a trial within the current date prescribed by the Speedy Trial Act.

12     IT IS SO STIPULATED.

14 Dated: 6/8/2022          */s/ Richard M. Oberto*
15         RICHARD M. OBERTO
        Attorney for Defendant,
16         Maurillo Serrano-Cardenas

18 Dated: 6/8/2022          */s/ Jessica Massey*
        JESSICA MASSEY
19         Assistant United States Attorney

2

**ORDER**

IT IS SO ORDERED that as to the defendant MAURILLO SERRANOCARDENAS, the change of plea hearing set for July 25, 2022 is VACATED and a new change of plea hearing is set for September 26, 2022, at 9:00 a.m. before the assigned district judge. Time is excluded as to Mr. Serrano-Cardenas under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 14, 2022**                     /s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3