PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00068-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MAURILIO SERRANO CARDENAS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows.

1.      This case was previously set for change of plea on March 6, 2023.

2.      The parties have been in ongoing discussions re: defendant's upcoming change of plea hearing and are in need of additional time to finalize certain details.

3.      By this stipulation, the parties now move to continue the change of plea hearing to March 27, 2023.

4.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. The government is aware of its ongoing discovery obligations.

        b)      Counsel for defendant desires additional time to review discovery, discuss with

1

his client the proposed resolution in this case, and prepare his client for a change of plea hearing.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      The parties are in agreement that time shall be excluded from March 6, 2023, through the new change of plea hearing date on March 27, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Act Trial dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated:  March 2, 2023                  PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ JESSICA A. MASSEY
                                  JESSICA A. MASSEY
                                  Assistant United States Attorney

Dated:  March 2, 2023                  /s/ RICHARD MEHDI OBERTO
                                  RICHARD MEHDI OBERTO
                                  Counsel for Defendant
                                  MAURILIO SERRANO CARDENAS

**ORDER**

IT IS SO ORDERED.

    Dated:   <u>March 2, 2023</u>

<u>UNITED STATES DISTRICT JUDGE</u>

3