1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO.  1:18-CR-00068-ADA-BAM-2

12                  Plaintiff,          STIPULATION TO CONTINUE CHANGE OF
                                        PLEA HEARING AND EXCLUDE TIME UNDER
13          v.                          SPEEDY TRIAL ACT; ORDER

14 MAURILIO SERRANO CARDENAS,

15                  Defendant.

16

17       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through his counsel of record, hereby stipulate as follows.

19       1.       This case was previously set for change of plea on March 27, 2023.

20       2.       The parties have been in ongoing discussions re: defendant's upcoming change of plea

21 hearing and are in need of additional time to finalize certain details.

22       3.       By this stipulation, the parties now move to continue the change of plea hearing to May

23 1, 2023.

24       4.       The parties agree and stipulate, and request that the Court find the following:

25              a)       The government has represented that the discovery associated with this case has

26 been either produced directly to counsel and/or made available for inspection and copying. The

27 government is aware of its ongoing discovery obligations.

28              b)       Counsel for defendant desires additional time to review discovery, discuss with

his client the proposed resolution in this case, and prepare his client for a change of plea hearing.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      The parties are in agreement that time shall be excluded from March 27, 2023, through the new change of plea hearing date on May 1, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Act Trial dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 23, 2023                      PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ JESSICA A. MASSEY
                                             JESSICA A. MASSEY
                                             Assistant United States Attorney


Dated:  March 23, 2023                      /s/ RICHARD MEHDI OBERTO
                                             RICHARD MEHDI OBERTO
                                             Counsel for Defendant
                                             MAURILIO SERRANO CARDENAS


IT IS SO ORDERED.

     Dated:  __March 23, 2023__                     _____
                                     UNITED STATES DISTRICT JUDGE